### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DIANE A. JAMES**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-165-CG-N |
| | ) |
| **SSAB ALABAMA INC.**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **SSAB ALABAMA INC.,** and against Plaintiff, **DIANE A. JAMES**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 30th day of December, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE